THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00218-MR

| | |
|---|---|
| BARBARA WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **DENIED**, and the Plaintiff's Motion for Judgment on the Pleadings is **GRANTED**. Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings.

Martin Reidinger
United States District Judge